# Court of Appeals
# of the State of Georgia

ATLANTA,  December 23, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0170.  BARRY NEIL STRAUS et al. v. RENASANT BANK, SUCCESSOR IN INTEREST TO CRESCENT BANK & TRUST COMPANY.**

Renasant Bank filed suit against Barry Neil Straus, Denise Hutchinson Straus, and the Straus Family Limited Partnership.  Following a discovery dispute, the trial court struck the defendants' answer and entered judgment in favor of Resanant Bank.  The defendants then filed this application for discretionary appeal.

The superior court's order appears to be final, and no provision of OCGA § 5-6-35 (a) appears to apply.  Therefore, the order is subject to direct appeal. Ordinarily, we will grant a timely application when the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  In this case, however, it appears that the defendants have already filed a notice of appeal from the trial court's order.  Accordingly, this application is superfluous, and it is therefore DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,  12/23/2014
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.